DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL CASTRO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3656

[January 30, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 09-13488 CF10C.

Michael Castro, Defuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***